MARY C. GRIFHAHN, as Administratrix of ERNEST LOUIS
GRIFHAHN, Deceased, Respondent, *v.* BERNARD KREIZER,
Appellant.

*Grifhahn* v. *Kreizer*, 62 App. Div. 413, affirmed.
(Argued April 7, 1902; decided May 29, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 17, 1901, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Charles F. Brown* for appellant.

*Edwin Countryman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN,
VANN, CULLEN and WERNER, JJ.

---

PATRICK W. CULLINAN, as State Commissioner of Excise,
Respondent, *v.* DOBIE R. HARLEY, Defendant, and the
UNITED STATES FIDELITY AND GUARANTY COMPANY,
Appellant.

*Lyman* v. *Harley*, 65 App. Div. 614, affirmed.
(Argued May 14, 1902; decided May 29, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 26, 1901, modifying and affirming as modified a
judgment in favor of plaintiff entered upon a verdict directed
by the court and an order denying a motion for a new trial.

*Louis Marshall* for appellant.

*William Vanamee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.